

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 15, 2022 through August 11, 2022

Account Number: ████████1560

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00017993 DRE 021 141 22422 NNNNNNNNNNN T 1 000000000 09 0000
BRIAN J FORTE
5440 LEAHY LN
NEW PORT RICHEY FL 34652-3133



## Good news – we're increasing the daily purchase limit on some of our debit cards

On August 21, we're increasing the daily limit for purchases made with the Chase Debit Card, Chase Liquid Card and Chicago Skyline Debit Card (IL only) to $5,000, up from $3,000. As a reminder, here are the limits:

- Purchases: Now $5,000
- Chase In-Branch ATM: $3,000
- Other Chase ATM: $1,000
- Non-Chase ATM: $500 ($1,000 for accounts opened in CT, NJ, NY)

This change doesn't affect the limits on our other debit cards. For more information about our other debit cards and their limits, please review the Card Purchase and Withdrawal Limits section in the Additional Banking Services and Fees document on **chase.com/disclosures**.

If you have any questions, please call the number on the back of your card or on this statement. We accept operator relay calls.

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,559.20** |
| Deposits and Additions | 25,620.85 |
| Checks Paid | -320.00 |
| ATM & Debit Card Withdrawals | -702.00 |
| Electronic Withdrawals | -19,947.00 |
| Fees | -30.00 |
| **Ending Balance** | **$6,181.05** |

The monthly service fee for this account was waived as an added feature of Chase Performance Business Checking account.



July 15, 2022 through August 11, 2022

Account Number: ████████████1560

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 168 ^ | 07/19 | $120.00 |
| 169 ^ | 07/27 | 200.00 |
| **Total Checks Paid** | | **$320.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,559.20 |
| 07/18 | Zelle Payment To Stephanie Jpm999E2Nbtl | -500.00 | 1,059.20 |
| 07/18 | Card Purchase    07/18 Amazon Prime*Kx2Ko8B Amzn.Com/Bill WA Card 8543 | -15.09 | 1,044.11 |
| 07/19 | ATM Cash Deposit    07/19 5029 US Highway 19 New Port Rich FL Card 8543 | 500.00 | 1,544.11 |
| 07/19 | Card Purchase With Pin  07/19 Floramar Citgo New Port Rich FL Card 8543 | -98.01 | 1,446.10 |
| 07/19 | Check                          # 168 | -120.00 | 1,326.10 |
| 07/20 | Card Purchase    07/18 Tampa Int'l Airpor Tampa FL Card 8543 | -80.00 | 1,246.10 |
| 07/21 | ATM Cash Deposit    07/21 5029 US Highway 19 New Port Rich FL Card 8543 | 500.00 | 1,746.10 |
| 07/21 | ATM Check Deposit    07/21 5029 US Highway 19 New Port Rich FL Card 8543 | 140.85 | 1,886.95 |
| 07/21 | Card Purchase    07/20 Zanvis.Com Dunnville On Card 8543 | -215.00 | 1,671.95 |
| 07/21 | Zelle Payment To Stephanie Jpm999E71Ezy | -650.00 | 1,021.95 |
| 07/22 | Card Purchase With Pin  07/22 Floramar Citgo New Port Rich FL Card 8543 | -50.94 | 971.01 |
| 07/22 | Card Purchase W/Cash    07/22 Publix Super Mar 512 New Port Rich FL Card 8543 Purchase $34.52 Cash Back $50.00 | -84.52 | 886.49 |
| 07/25 | Zelle Payment To Stephanie Jpm999Ec9B4L | -300.00 | 586.49 |
| 07/26 | Zelle Payment To Stephanie Jpm999Ed73NC | -300.00 | 286.49 |
| 07/27 | Check                          # 169 | -200.00 | 86.49 |
| 08/01 | Book Transfer Credit B/O: Pnc Bank National Association Akron OH 44308- US Org:/1213712567 Steven Mckee Mitzel Ogb: Aba/043000096 Pnc Bank, N.A. Ref:/Ins/Aba/043000096Pncbank/Ref/0118378124877106/Acc/DDA/613551 560 Brian _Forte 5440 Leahy Lane New Port Ric Hey F L US 34652 Trn: 0806560213Ez | 8,500.00 | 8,586.49 |
| 08/02 | Zelle Payment To Stephanie Jpm999Emnu9J | -1,000.00 | 7,586.49 |
| 08/02 | Zelle Payment To Melanie Walsh Jpm999Ene7Oa | -2,000.00 | 5,586.49 |
| 08/03 | Fedwire Credit Via: Silvergate Bank/322286803 B/O: Binance.US Palo Alto CA 94301-1808 Ref: Chase Nyc/Ctr/Bnf=Brian J Forte New Port Richey FL 34652-3133 US/Ac-00 0000006135 Rfb=S1:C9Py24P12Gg= Bbi=/Chgs/USD0,00/ Imad: 0803Mmqfmpur001486 Trn: 0730940215Ff | 14,990.00 | 20,576.49 |
| 08/03 | Fedwire Credit Via: Silvergate Bank/322286803 B/O: Binance.US Palo Alto CA 94301-1808 Ref: Chase Nyc/Ctr/Bnf=Brian J Forte New Port Richey FL 34652-3133 US/Ac-00 0000006135 Rfb=S1:9F0Ltgl12Gg= Bbi=/Chgs/USD0,00/ Imad: 0803Mmqfmpur000927 Trn: 0402650215Ff | 990.00 | 21,566.49 |
| 08/03 | Zelle Payment To Cindy Enslen Jpm999Eo1Uf6 | -750.00 | 20,816.49 |
| 08/03 | Zelle Payment To Melanie Walsh Jpm999Eo1Uok | -1,500.00 | 19,316.49 |
| 08/03 | Zelle Payment To Melanie Walsh Jpm999Eoojg1 | -2,000.00 | 17,316.49 |
| 08/03 | Zelle Payment To Cindy Enslen Jpm999Eookfq | -1,500.00 | 15,816.49 |
| 08/03 | Zelle Payment To Melanie Walsh Jpm999Eosu81 | -608.00 | 15,208.49 |





July 15, 2022 through August 11, 2022

Account Number: 1560

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| 08/03 | Domestic Incoming Wire Fee | -15.00 | 15,193.49 |
| 08/03 | Domestic Incoming Wire Fee | -15.00 | 15,178.49 |
| 08/05 | Zelle Payment To Stephanie Jpm999Er129U | -1,000.00 | 14,178.49 |
| 08/08 | Card Purchase With Pin  08/06 Walgreens Store 5984 A Carolina OH Card 8543 | -34.65 | 14,143.84 |
| 08/08 | Card Purchase         08/06 Kfc 97         Qps San Juan Card 8543 | -22.72 | 14,121.12 |
| 08/08 | Zelle Payment To Cindy Enslen Jpm999Etq1Bn | -1,500.00 | 12,621.12 |
| 08/08 | Zelle Payment To Melanie Walsh Jpm999Etq1O5 | -1,400.00 | 11,221.12 |
| 08/08 | Zelle Payment To Melanie Walsh Jpm999Eutj0H | -1,639.00 | 9,582.12 |
| 08/09 | Card Purchase         08/08 San Juan Natl Historic San Juan Card 8543 | -30.00 | 9,552.12 |
| 08/09 | Card Purchase         08/08 Americasnatlparks570 San Juan Card 8543 | -43.37 | 9,508.75 |
| 08/10 | Zelle Payment To Stephanie Jpm999Ex3K40 | -1,800.00 | 7,708.75 |
| 08/10 | Zelle Payment To Melanie Walsh Jpm999Ex3Krl | -1,500.00 | 6,208.75 |
| 08/11 | Recurring Card Purchase 08/10 Apple.Com/Bill 866-712-7753 CA Card 8543 | -9.99 | 6,198.76 |
| 08/11 | Recurring Card Purchase 08/10 Apple.Com/Bill 866-712-7753 CA Card 8543 | -5.36 | 6,193.40 |
| 08/11 | Recurring Card Purchase 08/10 Apple.Com/Bill 866-712-7753 CA Card 8543 | -6.99 | 6,186.41 |
| 08/11 | Recurring Card Purchase 08/10 Apple.Com/Bill 866-712-7753 CA Card 8543 | -5.36 | 6,181.05 |
| | **Ending Balance** | | **$6,181.05** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



July 15, 2022 through August 11, 2022

Account Number: 1560

This Page Intentionally Left Blank