

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 09/08/2022 02:00 PM

### COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:22-bk-02965-CPM** | **11** | **07/23/2022** |

**Chapter 11**

**DEBTOR:**      Brian Forte

**DEBTOR ATTY:**   **Jake Blanchard**

**TRUSTEE:**      **Michael Markham**

**HEARING:**

(SubV) Initial Status Conference

**APPEARANCES::**
AAPPEARANCES: via zoom: Jake Blanchard, Michael Markham AAPPEARANCES: in person: Nathan Wheatley

**RULING:**
(SubV) Initial Status Conference

[Judge discussed]

Expedited Motion to Dismiss Case with Injunction Barring the Debtor from Refiling until the Final Conclusion of the State Court Foreclosure Action Filed by U.S. Trustee [Doc. 18] -   Withdrawn in open court (without prejudice) ...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.